JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95814
(916) 447-9299
Fax: (916) 557-1118
John@Balazslaw.com

Attorney for Defendant
VITALIY TUZMAN

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No: 12-CR-003 JAM |
| ) | |
| Plaintiff, ) | **WAIVER OF DEFENDANT'S** |
| ) | **APPEARANCE** |
| v. ) | |
| ) | |
| VITALIY TUZMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), defendant Vitaliy Tuzman, in the above entitled matter, hereby waives the right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court except for arraignment, entry of plea, impanelment of jury, trial, and imposition of sentence.

1

PDF created with pdfFactory trial version www.pdffactory.com

Defendant agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present, and further agrees to be present in court, ready for trial, any day and hour the court may set in his absence.

Defendant acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3164- 3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant present.

Dated: January 19, 2012 /s/ Vitaliy Tuzman
Vitaliy Tuzman
[original signature on file]

Dated: January 19, 2012 /s/ John Balazs
John Balazs
Attorney for Defendant
Vitaliy Tuzman

**ORDER**

IT IS SO ORDERED.

Dated: February 27, 2012

/s/ John A. Mendez
Hon. John A. Mendez
U.S. District Court Judge

2

PDF created with pdfFactory trial version www.pdffactory.com