1  **Tim A. Pori (SBN 189270)**
   **John F. Baumgardner (SBN 275674)**
2  LAW OFFICES OF TIM A. PORI
   521 Georgia Street
3  Vallejo, CA 94590
   Telephone: (707) 644-4004
4  Facsimile:   (707) 644-7528

5  Attorney for Defendant JULIET ROMANISHIN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-00003-4-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO EXCLUDE TIME** |
| v. | |
| YEVGENIY CHARIKOV, JULIET ROMANISHIN, et al. | |
| Defendant | Date:  7/24/2012<br>Time:  9:00 a.m.<br>Judge: Hon. John A. Mendez |

The parties hereby stipulate that the status conference in this case be continued from May 15, 2012, at 9:00 a.m to July 24, 2012, at 9:30 a.m. The parties stipulate that the time between May 15, 2012, and July 24, 2012, should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, counsel for defendants have received voluminous discovery and require additional time to review discovery and prepare for status conference.  Therefore, the parties have stipulated to continue the status conference in this case.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the

public and the defendants in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A).

The parties further request that this matter be taken off the May 15, 2012 calendar before Judge John A. Mendez and be rescheduled for July 24, 2012, at 9:30 a.m. before Judge John A. Mendez.

                                            Respectfully submitted

Date: May 9, 2012                                             /s/ Tim A. Pori
                                                              TIM A. PORI
                                                               Attorney for Defendant Juliet Romanishin

Date: May 8, 2012                                             /s/ John Paul Balazs (Authorized 5/08/12)
                                                               JOHN PAUL BALAZS
                                                               Attorney for Vitaliy Tuzman

Date: May 8, 2012                                             /s/Toni Hudgins Carbone (Authorized 5/08/12)
                                                              TONI HUDGINS CARBONE
                                                              Attorney for Nadia Talybov

Date: May 8, 2012                                             /s/ Dan Frank Koukol (Authorized 5/08/12)
                                                              DAN FRANK KOUKOL
                                                              Attorney for Yevgeniy Charikov

Date: May 9, 2012                                             /s/ Dominique N. Thomas (Authorized 5/09/12)
                                                              DOMINIQUE N. THOMAS
                                                              Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED that the hearing on the status conference in the above-entitled matter be continued to July 24, 2012, at 9:30 a.m. before the Honorable John A. Mendez and that the time between May 15, 2012, and July 24, 2012, be excluded from the calculation of time under the Speedy Trial Act.

Dated: 5/10/2012                                             /s/ John A. Mendez
                                                              JUDGE OF THE UNITED STATES
                                                              DISTRICT COURT