**Tim A. Pori (SBN 189270)**
**John F. Baumgardner (SBN 275674)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004
Facsimile:  (707) 644-7528

Attorney for Defendant JULIET ROMANISHIN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-00003-4-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO EXCLUDE TIME** |
| v. | |
| YEVGENIY CHARIKOV, JULIET ROMANISHIN, et al. | |
| Defendants | Date: November 6, 2012<br>Time: 9:45 a.m.<br>Judge: Hon. John A. Mendez |

The parties hereby stipulate that the status conference in this case be continued from September 11, 2012, at 9:30 a.m to November 6, 2012, at 9:45 a.m. The parties stipulate that the time between September 11, 2012, and November 6, 2012, should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, counsel for defendants have received voluminous discovery and require additional time to review discovery and prepare for status conference.  Therefore, the parties have stipulated to continue the status conference in this case.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the

best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The parties further request that this matter be taken off the September 11, 2012 calendar before Judge John A. Mendez and be rescheduled for November 6, 2012, at 9:45 a.m. before Judge John A. Mendez.

Respectfully submitted,

Date: August 21, 2012  /s/ Tim A. Pori
TIM A. PORI
Attorney for Defendant Juliet Romanishin

Date: August 21, 2012  /s/ John P. Balazs (Authorized 5/20/12)
JOHN P. BALAZS
Attorney for Vitaliy Tuzman

Date: August 21, 2012  /s/Toni H. Carbone (Authorized 5/20/12)
TONI H. CARBONE
Attorney for Nadia Talybov

Date: August 21, 2012  /s/ Dan F. Koukol (Authorized 5/20/12)
DAN F. KOUKOL
Attorney for Yevgeniy Charikov

Date: August 21, 2012  /s/ Lee Bickley (Authorized 5/21/12)
Lee Bickley
Assistant U.S. Attorney

Date: August 21, 2012  /s/ Steven Lapham (Authorized 5/21/12)
Steven Lapham
Assistant U.S. Attorney

**ORDER**

IT IS HEREBY ORDERED that the hearing on the status conference in the above-entitled matter be continued to November 6, 2012, at 9:45 a.m. before the Honorable John A. Mendez and that the time between September 11, 2012, and November 6, 2012, be excluded from the calculation of time under the Speedy Trial Act.

Dated: 8/23/2012  /s/ John A. Mendez
JUDGE OF THE UNITED STATES
DISTRICT COURT