BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-00003 LKK |
| Plaintiff, | FINDINGS AND ORDER SCHEDULING STATUS CONFERENCE, AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| YEVGENIY CHARIKOV, et. al., | DATE:  MARCH 26, 2013 |
| Defendants. | TIME:  9:15 A.M. |
| | JUDGE: LAWRENCE K. KARLTON |

**FINDINGS AND ORDER**

On January 23, 2013, the Court held a status conference in this case.  Assistant U.S. Attorney Lee S. Bickley appeared on behalf of plaintiff, United States of America.  Dan Koukol appeared on behalf of Yevgeniy Charikov, who was present.  John Balazs appeared on behalf of Vitaliy Tuzman, who has a waiver on file.  Toni Carbone appeared on behalf of Nadia Talybov, who has a waiver on file.  Tim Pori appeared on behalf of Juliet Romanishin, who was present.

At the request of the defendants, this Court granted a continuance for a further status conference to March 26, 2013, at 9:15 a.m.  The Court further excluded time from January 23, 2013,

1

to, and including, March 26, 2013, from computation of time within which the trial of this matter must be commenced pursuant to Local Code T4.  All the defendants requested this continuance and exclusion of time for effective defense preparation.  The government did not object to this request. All parties agreed that the ends of justice served by continuing the case as requested outweighed the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

ACCORDINGLY, it is hereby ordered that the status conference set for this case be continued to March 26, 2013, at 9:15 a.m., and that the time beginning and including January 23, 2013, and extending to and including March 26, 2013, be excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].  The Court finds that this exclusion results from a continuance granted by the Court at defendants' requests on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO FOUND AND ORDERED this 29th day of January, 2013.


LAWRENCE  K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT