JOHN BALAZS, Bar No. 157287
Attorney At Law
916 2nd Street, Second Floor
Sacramento, California 95814
Telephone (916) 447-9299
Fax: (916) 557-1118
John@Balazslaw.com

Attorney for Defendant
VITALIY TUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-CR-003-LKK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| YEVGENIY CHARIKOV, et. al., | |
| Defendants. | |

    Defendants, through their respective counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the status conference in this case from March 26, 2013 to **June 11, 2013, at 9:15 a.m.** before the Honorable U.S. District Judge Lawrence K. Karlton.

    To date, the government has provided 7,465 pages of investigative reports and other discovery documents. The continuance is requested to provide additional time for defense counsel to review discovery with the defendants, conduct investigation, and otherwise to prepare defenses. Further, counsel for Mr. Tuzman will be out of the country from March 24-31, 2013, and is scheduled to begin a multi-week jury trial on May 6, 2013 in *United States v. Head, et. al.,* 08–0093-KJM.

    Defendants agree that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and that the ends of justice served by continuing the case as requested outweigh the interests of the public and the defendants in a trial within the date prescribed by the Speedy Trial Act. Defendants thus stipulate that

the period from March 26, 2013 to June 11, 2013 shall be excluded for defense preparation and the complexity of the case under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Time has previously been excluded through March 26, 2013.

Respectfully submitted,

Dated: March 20, 2013 /s/ John Balazs
JOHN BALAZS
Attorney for Defendant
VITALY TUZMAN

Dated: March 20, 2013 /s/ Dan Koukol
DAN KOUKOL
Attorney for Defendant
YEVGENIY CHARIKOV

Dated: March 20, 2013 /s/ Tim Pori
TIM PORI
Attorney for Defendant
JULIET ROMANISHIN

Dated: March 20, 2013 /s/ Toni Carbone
TONI CARBONE
Attorney for Defendant
NADIA TALYBOV

Dated: March 20, 2013 /s/ Lee Bickley
LEE BICKLEY
R. STEVEN LAPHAM
Assistant U.S. Attorneys
Attorneys for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

IT IS SO ORDERED. For the reasons set forth above, the Court finds the period from March 26, 2013 to June 11, 2013 be excluded from the Speedy Trial Act on the basis that the ends of justice served by this requested continuance outweigh the best interest of the public and the defendants in a speedy trial under 18 U.S.C. § 3161(h)(7)(A), B(iv) (Local Code T4).

DATE: March 21, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT