BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00003 LKK |
| Plaintiff, | FINDINGS AND ORDER SCHEDULING STATUS CONFERENCE, AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| YEVGENIY CHARIKOV, et. al., | DATE: OCTOBER 16, 2013 |
| Defendants. | TIME: 9:15 A.M. |
| | JUDGE: LAWRENCE K. KARLTON |

**STIPULATION**

1. By previous order, this matter was set for status on October 16, 2013.

2. By this stipulation, defendants now move to continue the status conference until December 10, 2013, and to exclude time between October 16, 2013, and December 10, 2013, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes 7,465 pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1

      b)      Counsel for defendants desire additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case, to work towards resolution and/or prepare for trial.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 16, 2013 to December 10, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 11, 2013                                    BENJAMIN B. WAGNER
                                                                         United States Attorney

                                                                         /s/ Lee S. Bickley
                                                                         Lee S. Bickley
                                                                         Assistant United States Attorney

Dated: October 11, 2013                                    /s/ Lee S. Bickley for Toni Carbone

|   |   |
|---|---|
|   | Toni Carbone |
|   | Counsel for Defendant Nadia Talybov |

| Dated: October 11, 2013 | /s/ Lee S. Bickley for Tim Pori |
|---|---|
|   | Tim Pori |
|   | Counsel for Defendant Juliet Romanishin |

| Dated: October 11, 2013 | /s/ Lee S. Bickley for Dan Koukol |
|---|---|
|   | Dan Koukol |
|   | Counsel for Defendant Yevgeniy Charikov |

| Dated: October 11, 2013 | /s/ Lee S. Bickley for John Balazs |
|---|---|
|   | John Balazs |
|   | Counsel for Defendant Vitaliy Tuzman |

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 15th day of October, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT