Tim A. Pori (SBN 189270)
John F. Baumgardner (SBN 275674)
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004

Attorney for Defendant JULIET ROMANISHIN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case. No. 12-cr-0003 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE AND |
| | ) | EXCLUDING TIME |
| YEVGENIY CHARIKOV, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their respective counsel of record, hereby stipulate as follows:

1) By previous order, this matter was set for status on December 10, 2013 at 9:15 a.m.

2) By this stipulation, these defendants now move to continue the status conference until February 4, 2014 at 9:15 a.m. and to exclude time between December 10, 2013, and February 4, 2014, under Local Code T4. Plaintiff does not oppose this request.

3) The parties agree and stipulate, and request that the Court find the following:

1

a) The Government has represented that the discovery associated with this case includes, to date, 7,465 pages of investigative reports and related documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for the defendants desire additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, and to review discovery for this matter.

c) Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The Government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 10, 2013, and February 4, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 5, 2013

        /s/ John Balazs (Authorized 12/5/13)
JOHN BALAZS
Attorney for Defendant
VITALY TUZMAN

Dated: December 5, 2013

        /s/ Dan Koukol (Authorized 12/5/13)
DAN KOUKOL
Attorney for Defendant
YEVGENIY CHARIKOV

Dated: December 5, 2013

        /s/ Tim A. Pori
TIM A. PORI
Attorney for Defendant
JULIET ROMANISHIN

Dated: December 5, 2013

        /s/ Toni Carbone (Authorized 12/5/13)
TONI CARBONE
Attorney for Defendant
NADIA TALYBOV

Dated: December 5, 2013

        /s/ Lee Bickley (Authorized 12/5/13)
LEE BICKLEY
R. STEVEN LAPHAM
Assistant U.S. Attorneys
Attorneys for Plaintiff
UNITED STATES OF AMERICA

## ORDER

IT IS SO FOUND AND ORDERED this 9th day of December, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT